Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

AXA EQUITABLE LIFE INSURANCE COMPANY, Plaintiff

vs

H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and GEORGE WILLIAMSON as Trustee of RW AXA, LLC, Defendants

FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 498 H LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

H. Christian L'Orange, S. Fey Epling
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor, San Francisco, California 94105
Telephone 415-591-7500

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By J. HINKLE, Deputy Clerk

MAR 17 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA:PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)