H. CHRISTIAN L'ORANGE (State Bar No. 71730)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Defendant
AXA EQUITABLE LIFE INSURANCE COMPANY

FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT OF CALIFORNIA
## SOUTHERN DISTRICT

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and GEORGE WILLIAMSON as Trustee of RW AXA, LLC,<br><br>Defendants. | Case No. 08 CV 498 H LSP<br><br>TABLE OF EXHIBITS IN SUPPORT OF COMPLAINT FOR DECLARATORY JUDGMENT |

In accordance with Civil Local Rule 5.1(e), Plaintiff, AXA Equitable Life Insurance Company ("AXA Equitable"), submits the following compilation of exhibits in support of its Complaint for Declaratory Judgment.

///
///
///
///
///
///
///

ORIGINAL

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397023\1

# TABLE OF EXHIBITS TO COMPLAINT FOR DECLARATORY JUDGMENT

| | | |
|---|---|---|
| **Exhibit A** | The First Application | Pages 1 - 4 |
| **Exhibit B** | The First Policy | Pages 5 - 37 |
| **Exhibit C** | The Second Application | Pages 38 - 41 |
| **Exhibit D** | The Amendment | Page 42 |
| **Exhibit E** | The Second Policy | Pages 43 - 70 |
| **Exhibit F** | Complaint: *SEC v. Lydia Capital, LLC* | Pages 71 - 79 |
| **Exhibit G** | Amended SEC Complaint | Pages 80 - 112 |

Dated: March 17, 2008

[signature]

H. CHRISTIAN L'ORANGE (SBN 71730)
S. FEY EPLING (SBN 190025)
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

*Of Counsel*

STEPHEN C. BAKER
STEPHEN A. SERFASS
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700