MAR-18-08  11:19AM   FROM-FIRST LEGAL SUPPORT                    +                T-062  P.02/07  F-778

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

AXA EQUITABLE LIFE INSURANCE COMPANY, Plaintiff

vs

H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and GEORGE WILLIAMSON as Trustee of RW AXA, LLC, Defendants

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 498   H   LSP

Server _George Kend_
Title  Process Server
Date  6/14/08   Time  5:45PM
P/S   SAME

TO: (Name and Address of Defendant)

GEORGE WILLIAMSON

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

H. Christian L'Orange, S. Fey Epling
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor, San Francisco, California 94105
Telephone 415-591-7500

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____ Deputy Clerk

MAR 17 2008

DATE

Summons in a Civil Action

Page 1 of 2

ODMA PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

03/18/2008 TUE 10:06 [TX/RX NO 5471] @002

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

    ☐ Served personally upon the defendant. Place where served: _____

    ☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

        Name of person with whom the summons and complaint were left: _____

    ☐ Return unexecuted:

    ☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____     _____
        Date                Signature of Server

                              _____
                              Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br><br>John A. Snow<br>VAN COTT, BAGLEY, CORNWALL & MCCARTHY<br>36 So. State St.<br>Suite 1900<br>Salt Lake City, UT 84111<br><br>TELEPHONE NO.: (801) 532-3333<br><br>ATTORNEY FOR: | FOR COURT USE ONLY |
|---|---|
| **U.S. DISTRICT COURT OF CALIFORNIA, COUNTY OF** | |
| PLAINTIFF: AXA EQUITABLE LIFE INSURANCE COMPANY<br>DEFENDANT: GEORGE WILLIAMSON | CASE NUMBER:<br>08 CV 498 H LSP |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

1. I am over 18 years of age and not a party to this action.

2. Received by ANDERSON INVESTIGATIONS, INC. on 5/23/2008 at 8:24 am to be served on **GEORGE WILLIAMSON, 8275 SUPERNAL WAY, SALT LAKE CITY, UT 84121.**

3. **Individually Served** the within named person with a true copy of the **SUMMONS & COMPLAINT, JURY TRIAL DEMAND** with the date and hour endorsed thereon by me, pursuant to state statutes.

4. Date and Time of service: 6/11/2008 at 5:45 pm

5. Additional Information pertaining to this service:

   Service Made: 6/11 5:45 pm He svd.
   NEW ADDRESS: 8275 SUPERNAL WAY, SALT LAKE CITY, UTAH 84121

6. My name, address, telephone number, and, if applicable, county of registration and number are:
   Name: George R. Leonard
   Firm: ANDERSON INVESTIGATIONS, INC.
   Address: 230 West 200 South, Suite 2302, Salt Lake City, UT 84101
   Telephone number: (801) 619-1110
   Registration Number: Private Investigator A101989
   County: All Areas
   The fee for the service was: $106.00

7. I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Date:

| George R. Leonard | *[signature]* |
|---|---|
| (TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS) | (SIGNATURE OF PERSON WHO SERVED THE PAPERS) |