H. CHRISTIAN L'ORANGE (State Bar No. 71730)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and GEORGE WILLIAMSON, as Trustee of RW AXA, LLC,<br><br>Defendants. | Case No. 3:08-cv-498-H (LSP)<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT H. THOMAS MORAN TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

Plaintiff AXA Equitable Life Insurance Company ("AXA Equitable") and

Defendant H. Thomas Moran II, Court-Appointed Receiver of Lydia Capital, LLC ("Mr.

Moran"), hereby submit this Joint Motion for Extension of Time for Defendant Mr.

Moran to Answer or Otherwise Respond to Plaintiff's Complaint, and in support thereof,

aver as follow:

1. On March 26, 2008, AXA Equitable filed its Complaint in this action.

2. On March 26, 2008, counsel for Mr. Moran signed a Waiver of Service of

    Summons and agreed to answer or otherwise respond to AXA Equitable's

1     Complaint by May 27, 2008.

2    3.  On May 1, 2008, counsel for Defendant H. Thomas Moran, II, Court- Appointed

3     Receiver of Lydia Capital, LLC ("Mr. Moran"), provided counsel for AXA

4     Equitable with information in his possession relating to the underlying claims.

5    4.  On May 9, 2008, counsel for AXA Equitable provided counsel for Mr. Moran with

6     information in its possession relating to the underlying claims.

7    5.  Based on the information exchanged by AXA Equitable and Mr. Moran, AXA Equitable

8     intends to amend its Complaint.

9    6.  In this light, and in order to allow the parties additional time to evaluate and

10     discuss the underlying claims at issue, AXA Equitable and Mr. Moran respectfully

11     move this Court for an extension until July 16, 2008 for Mr. Moran to answer or

12     otherwise respond to AXA Equitable's Complaint.

13    7.  AXA Equitable and Mr. Moran have previously requested a 30-day extension of

14     time for Mr. Moran to answer or otherwise respond to AXA Equitable's

15     Complaint, which was granted on May 27, 2008.

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1    WHEREFORE, AXA Equitable Life Insurance Company and H. Thomas Moran

2  II, Court-Appointed Receiver of Lydia Capital, LLC, respectfully request that the Court

3  grant this Joint Motion for an extension until July 16, 2008 for Defendant H. Thomas

4  Moran II to answer or otherwise respond to Plaintiff's Complaint.

5

6  Dated: June __, 2008

7

8  /s/ Richard Max Valdez                         /s/ S. Fey Epling
9  RICHARD MAX VALDEZ                             H. CHRISTIAN L'ORANGE (SBN 71730)
   Sandler Lasry Laube Byer and Valdez            S. FEY EPLING (SBN 190025)
10 402 West Broadway                              Drinker Biddle & Reath LLP
   Suite 1700                                     50 Fremont Street, 20th Floor
11 San Diego, CA 92101                            San Francisco, California  94105-2235
   Telephone: (619) 235-5655                      Telephone: (415) 591-7500
12 Facsimile: (619) 235-5648                      Facsimile: (415) 591-7510
   E-mail: rvaldez@sllbv.com                      E-mail: christian.lorange@dbr.com
                                                  E-mail: fey.epling@dbr.com
13
   MELVIN R. MCVAY
14 SHANNON K. EMMONS                              Attorneys for Plaintiff
   Phillips McFall McCaffrey McVay &              AXA EQUITABLE LIFE INSURANCE
15 Murray PC                                      COMPANY
   Corporate Tower
16 101 North Robinson                             *Of Counsel*
   13th Floor
17 Oklahoma City, OK 73102                           STEPHEN C. BAKER
   Telephone: (405) 235-4100                         STEPHEN A. SERFASS
18 Facsimile: (405) 235-4133                          BRADFORD P. BARRON
   E-mail: mrmcvay@phillipsmcfall.com               DRINKER BIDDLE & REATH LLP
19 E-mail: skemmons@phillipsmcfall.com              One Logan Square
                                                    18th & Cherry Streets
20 Attorneys for Defendant                          Philadelphia, PA  19103-6996
   H. THOMAS MORAN II, Court-                       Telephone: (215) 988-2700
21 Appointed Receiver for Lydia Capital, LLC

22

23

24

25

26

27

28