1  H Christian L'Orange (State Bar No. 71730)
   Stella F. Epling (State Bar No. 190025)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
4  Facsimile:    (415) 591-7510
   E-mail:       christian.lorange@dbr.com
5  E-mail:       fey.epling@dbr.com

6  Attorneys for Plaintiff
   AXA EQUITABLE LIFE INSURANCE
7  COMPANY

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11

12 AXA EQUITABLE LIFE                    Case No.  8-cv-497-H (JMA)
   INSURANCE COMPANY,
13                                       **JOINT MOTION FOR EXTENSION OF
                    Plaintiff,           TIME FOR DEFENDANT DIMETRI
14                                       REYZIN TO ANSWER OR
         v.                              OTHERWISE RESPOND TO
15                                       PLAINTIFF AXA EQUITABLE LIFE
   H. THOMAS MORAN, II, Court-           INSURANCE COMPANY'S
16 Appointed Receiver of LYDIA           COMPLAINT**
   CAPITAL, LLC, and DIMETRI
17 REYZIN, as Trustee of the A.L. Lancet
   Irrevocable Trust,
18
                    Defendants.
19

20
        Plaintiff AXA Equitable Life Insurance Company ("AXA Equitable") and
21
   Defendant Dimetri Reyzin ("Mr. Reyzin"), hereby submit this Joint Motion for Extension
22
   of Time for Defendant Mr. Reyzin to Answer or Otherwise Respond to Plaintiff's
23
   Complaint, and in support thereof, aver as follow:
24
        1. On March 26, 2008, AXA Equitable filed its Complaint in this action.
25
        2. On April 14, 2008, counsel for Mr. Reyzin signed a Waiver of Service of
26
           Summons and agreed to answer or otherwise respond to AXA Equitable's
27
           Complaint by June 14, 2008.
28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JT MOT FOR EXT OF TIME FOR DEFT REYZIN TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT

CASE NO.  8-CV-497-H (JMA)

SF01/ 596448.1

3. Based on information exchanged by AXA Equitable and Defendants, AXA Equitable intends to amend its Complaint.

4. In this light, and in order to allow the parties additional time to evaluate and discuss the underlying claims at issue, AXA Equitable and Mr. Reyzin respectfully move this Court for an extension until July 16, 2008 for Mr. Reyzin to answer or otherwise respond to AXA Equitable's Complaint.

5. This is the first extension AXA Equitable and Mr. Reyzin have requested.

Dated: July 1, 2008

/s/ David A. Veljovich
David A. Veljovich, Esq.
VELJOVICH LAW GROUP
701 Palomar Airport Road, Ste. 300
Carlsbad, CA 92011
Telephone: (760) 931-5680
Facsimile: (760) 454-2431

Attorneys for Defendant
Dimetri Reyzin

/s/ S. Fey Epling
H. CHRISTIAN L'ORANGE (SBN 71730)
S. FEY EPLING (SBN 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA Equitable Life Insurance Company

*Of Counsel*
STEPHEN C. BAKER
STEPHEN A. SERFASS
BRADFORD P. BARRON
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JT MOT FOR EXT OF TIME FOR DEFT REYZIN TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

- 2 -

CASE NO. 8-CV-497-H (JMA)

SF01/ 596448.1