UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and GEORGE WILLIAMSON, as Trustee of RW AXA, LLC,<br><br>　　　　　Defendants. | Case No. 3:08-cv-498-H (LSP)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT H. THOMAS MORAN II TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

PURSUANT TO THE JOINT MOTION OF THE PARTIES, the Court hereby orders that the time for H. Thomas Moran II, Court-Appointed Receiver of Lydia Capital, LLC, to answer or otherwise respond to plaintiff's complaint is extended until July 16, 2008.

**IT IS SO ORDERED.**

Dated: July 7, 2008

Hon. MARILYN HUFF
United States District Court,
Southern District of California