H. CHRISTIAN L'ORANGE (State Bar No. 71730)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and GEORGE WILLIAMSON, as Trustee of the RW AXA, LLC,<br><br>Defendants. | Case No. 3:08-cv-00498-H (LSP)<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT H. THOMAS MORAN II TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

Plaintiff, AXA Equitable Life Insurance Company ("AXA Equitable"), and Defendant, H. Thomas Moran II, Court-Appointed Receiver of Lydia Capital, LLC ("Mr. Moran"), hereby submit this Joint Motion for Extension of Time for Defendant H. Thomas Moran II to Answer or Otherwise Respond to Plaintiff's Complaint, and in support thereof, aver as follow:

1. On March 17, 2008, AXA Equitable filed its Complaint against Mr. Moran and George Williamson, as Trustee of the RW AXA, LLC.

2. On March 26, 2008, counsel for Mr. Moran signed a Waiver of Service of

1  Summons and agreed to answer or otherwise respond to AXA Equitable's
2  Complaint by May 27, 2008.
3. On May 2, 2008, counsel for Mr. Moran provided counsel for AXA Equitable with information in his possession relating to the underlying claims.
4. On May 8, 2008, counsel for AXA Equitable provided counsel for Mr. Moran with information in its possession relating to the underlying claims.
5. Based on information exchanged by AXA Equitable and Defendants, AXA Equitable intends to amend its Complaint. In addition, the parties are planning on having a settlement conference on or about August 6, 2008, which may lead to a resolution of the issues presented in the litigation. Therefore, an extension of time for the defendants to respond to the complaint until August 29, 2008 will allow for a more meaningful settlement discussion.
6. AXA Equitable and Mr. Moran have previously requested two extensions of time for Mr. Moran to answer or otherwise respond to AXA Equitable's Complaint.

///
///
///

WHEREFORE, AXA Equitable Life Insurance Company and H. Thomas Moran II, Court-Appointed Receiver of Lydia Capital, LLC, respectfully request this Court grant their Joint Motion for Extension of Time for Defendant H. Thomas Moran II to Answer or Otherwise Respond to Plaintiff's Complaint.

Dated: July 16, 2008

/s/ Richard Max Valdez

RICHARD MAX VALDEZ
Sandler Lasry Laube Byer and Valdez
402 West Broadway
Suite 1700
San Diego, CA 92101
Telephone: (619) 235-5655
Facsimile: (619) 235-5648
E-mail: rvaldez@sllbv.com

MELVIN R. MCVAY
SHANNON K. EMMONS
Phillips McFall McCaffrey McVay & Murray PC
Corporate Tower
101 North Robinson
13th Floor
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
E-mail: mrmcvay@phillipsmcfall.com
E-mail: skemmons@phillipsmcfall.com

Attorneys for Defendant
H. THOMAS MORAN II, Court-Appointed Receiver for Lydia Capital, LLC

/s/ S. Fey Epling

H. CHRISTIAN L'ORANGE (SBN 71730)
S. FEY EPLING (SBN 190025)
Stephen A. Serfass (Admitted *pro hac vice*)
Jarrod D. Shaw (Admitted *pro hac vice*)
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

*Of Counsel*
STEPHEN C. BAKER
STEPHEN A. SERFASS
BRADFORD P. BARRON
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700