MELVIN R. McVAY, JR., OK Bar No. 06096
SHANNON K. EMMONS, OK Bar No. 14272
PHILLIPS MCFALL MCCAFFREY MCVAY & MURRAH, P.C.
Corporate Tower / Thirteenth Floor
101 North Robinson
Oklahoma City, OK  73102
Telephone: (405) 235-4100
Facsimile:  (405) 235-4133
Email: Mrmcvay@phillipsmcfall.com
Skemmons@phillipsmcfall.com

Attorneys for Defendant
H. THOMAS MORAN, II, Court-Appointed
Receiver of LYDIA CAPITAL, LLC

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and GEORGE WILLIAMSON, as Trustee of the RW AXA, LLC,<br><br>Defendants. | Case No. 3:08-cv-00498-H (LSP)<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT H. THOMAS MORAN II AND GEORGE WILLIAMSON TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

Plaintiff AXA Equitable Life Insurance Company ("AXA Equitable") and Defendants H. Thomas Moran, II, Court-Appointed Receiver of Lydia Capital, LLC ("Mr. Moran") and George Williamson ("Mr. Williamson") hereby submit this Joint Motion for Extension of Time for Defendants Mr. Moran and Mr. Williamson to Answer or Otherwise Respond to Plaintiff's Complaint, and in support thereof, aver as follow:

1. On March 26, 2008, AXA Equitable filed its Complaint in this action.

2. On March 26, 2008, counsel for Mr. Moran signed a Waiver of Service of Summons and agreed to answer or otherwise respond to AXA Equitable's Complaint by May 26, 2008.

3. On May 1, 2008, counsel for Defendant Mr. Moran, provided counsel for AXA Equitable with information in his possession relating to the underlying claims.

4. On May 9, 2008, counsel for AXA Equitable provided counsel for Mr. Moran with information in its possession relating to the underlying claims.

5. Based on information exchanged by AXA Equitable and Defendants, AXA Equitable intends to amend its Complaint.

6. In addition, the parties are convening a settlement conference which may lead to a resolution of the issues presented in the litigation. The conference was originally scheduled for early August but had to be moved due to a scheduling conflict. The settlement conference is now scheduled for September 4, 2008.

7. In this light, and in order to allow the parties additional time to evaluate and discuss the underlying claims at issue, AXA Equitable, Mr. Moran, and Mr. Williamson respectfully move this Court for an extension until September 12, 2008 for Mr. Moran and Mr. Williamson to answer or otherwise respond to AXA Equitable's Complaint.

8. AXA Equitable, Mr. Moran and Mr. Williamson have previously requested, and the Court has granted, extensions for the defendants to answer or otherwise respond to AXA Equitable's Complaint.

///
///
///

WHEREFORE, AXA Equitable Life Insurance Company, Mr. Moran, and Mr. Williamson respectfully request that the Court grant this Joint Motion for an extension until September 12, 2008 for Defendants Mr. Moran and Mr. Williamson e to answer or otherwise respond to Plaintiff's Complaint.

Dated: August 28, 2008

*/s/ Vernon C. Jolley*
VERNON C. JOLLEY
Jolley & Jolley
9710 South 700 East, Suite 111
Sandy, Utah 84070

*/s/ S. Fey Epling*
H. CHRISTIAN L'ORANGE (SBN 71730)
S. FEY EPLING (SBN 190025)
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

*Of Counsel*

STEPHEN A. SERFASS
JARROD D. SHAW
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700

*s/ Shannon K. Emmons*
MELVIN R. McVAY, JR., OK Bar No. 06096
SHANNON K. EMMONS, OK Bar No. 14272
PHILLIPS MCFALL MCCAFFREY MCVAY & MURRAH, P.C.
Corporate Tower / Thirteenth Floor
101 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
Email:   Mrmcvay@phillipsmcfall.com
         Skemmons@phillipsmcfall.com

and

RICHARD MAX VALDEZ
Sandler Lasry Laube Byer and Valdez
402 West Broadway
Suite 1700
San Diego, CA 92101
Telephone: (619) 235-5655
Facsimile: (619) 235-5648

Attorneys for Defendant
H. THOMAS MORAN II, Court-Appointed Receiver for Lydia Capital, LLC

I, Shannon Emmons, am the ECF User whose identification and password are being used to file this Joint Motion for Extension of Time. In compliance with Electronic Case Filing Administrative Policies and Procedures Manual Section 2, f. 4., I hereby attest that S. Fey Epling and Vernon C. Jolley have concurred in this filing.

August 28, 2008

*s/ Shannon K. Emmons*
skemmons@phillipsmcfall.com

4

JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT