1  MELVIN R. McVAY, JR., OK Bar No. 06096
   SHANNON K. EMMONS, OK Bar No. 14272
2  PHILLIPS MCFALL MCCAFFREY MCVAY & MURRAH, P.C.
   Corporate Tower / Thirteenth Floor
3  101 North Robinson
   Oklahoma City, OK  73102
4  Telephone:  (405) 235-4100
   Facsimile:  (405) 235-4133
5  Email:      Mrmcvay@phillipsmcfall.com
               Skemmons@phillipsmcfall.com
6
7  Attorneys for Defendant
   H. THOMAS MORAN, II, Court-Appointed
8  Receiver of LYDIA CAPITAL, LLC
9

10              UNITED STATES DISTRICT COURT OF CALIFORNIA
11                          SOUTHERN DIVISION
12

13
   AXA EQUITABLE LIFE INSURANCE          | Case No. 3:08-cv-00498-H (LSP)
14 COMPANY,
15
           Plaintiff,
16
                                         | **JOINT MOTION FOR EXTENSION OF**
17      v.                               | **TIME FOR DEFENDANT H. THOMAS**
                                         | **MORAN II  AND GEORGE**
18 H. THOMAS MORAN, II, Court-           | **WILLIAMSON TO ANSWER OR**
   Appointed Receiver of LYDIA CAPITAL,  | **OTHERWISE RESPOND TO**
19 LLC, and GEORGE WILLIAMSON, as        | **PLAINTIFF AXA EQUITABLE LIFE**
   Trustee of the RW AXA, LLC,           | **INSURANCE COMPANY'S**
20                                       | **COMPLAINT**
21         Defendants.
22

23

24      Plaintiff AXA Equitable Life Insurance Company ("AXA Equitable") and Defendants H.

25 Thomas Moran, II, Court-Appointed Receiver of Lydia Capital, LLC ("Mr. Moran") and George

26 Williamson ("Mr. Williamson") hereby submit this Joint Motion for Extension of Time for

27

28

                                         1

1  Defendants Mr. Moran and Mr. Williamson to Answer or Otherwise Respond to Plaintiff's

2  Complaint, from September 12, 2006 to September 26, 2008, and in support thereof, aver as follow:

3      1.  On September 4, 2008, the parties met to discuss settlement of this matter. AXA and the

4          Receiver have reached a tentative settlement agreement and are in the process of negotiating

5          the terms of the settlement agreement.

6

7      2.  In this light, and in order to allow the parties additional time to conclude their negotiations,

8          AXA Equitable, Mr. Moran, and Mr. Williamson respectfully move this Court for an

9          extension until September 26, 2008 for Mr. Moran and Mr. Williamson to answer or

10         otherwise respond to AXA Equitable's Complaint.

11     3.  AXA Equitable, Mr. Moran and Mr. Williamson have previously requested, and the Court

12         has granted, extensions for the defendants to answer or otherwise respond to AXA

13         Equitable's Complaint.

14         WHEREFORE, AXA Equitable Life Insurance Company, Mr. Moran, and Mr. Williamson

15

16  respectfully request that the Court grant this Joint Motion for an extension until September 26, 2008

17  for Defendants Mr. Moran and Mr. Williamson e to answer or otherwise respond to Plaintiff's

18  Complaint.

19

20  Dated: September 12, 2008

21

22

23

24

25

26

27

28

1

2
/s/ Vernon C. Jolley
VERNON C. JOLLEY

3
Jolley & Jolley
9710 South 700 East, Suite 111

4
Sandy, Utah 84070

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ S. Fey Epling
H. CHRISTIAN L'ORANGE (SBN 71730)
S. FEY EPLING (SBN 190025)
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, California  94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE
COMPANY

**Of Counsel**

STEPHEN A. SERFASS
JARROD D. SHAW
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Telephone: (215) 988-2700

1  *s/ Shannon K. Emmons*
   MELVIN R. McVAY, JR., OK Bar No. 06096
2  SHANNON K. EMMONS, OK Bar No. 14272
   PHILLIPS MCFALL MCCAFFREY MCVAY &
3  MURRAH, P.C.
   Corporate Tower / Thirteenth Floor
4  101 North Robinson
5  Oklahoma City, OK  73102
   Telephone:  (405) 235-4100
6  Facsimile:  (405) 235-4133
   Email:      Mrmcvay@phillipsmcfall.com
7              Skemmons@phillipsmcfall.com

8  and

9
   RICHARD MAX VALDEZ
10 Sandler Lasry Laube Byer and Valdez
   402 West Broadway
11 Suite 1700
12 San Diego, CA 92101
   Telephone: (619) 235-5655
13 Facsimile: (619) 235-5648

14 Attorneys for Defendant
15 H. THOMAS MORAN II, Court-
   Appointed Receiver for Lydia Capital, LLC
16

17 I, Shannon Emmons, am the ECF User whose identification and password are being used to file this
18 Joint Motion for Extension of Time.  In compliance with Electronic Case Filing Administrative
   Policies and Procedures Manual Section 2, f. 4., I hereby attest that S. Fey Epling and Vernon C.
19 Jolley have concurred in this filing.

20

21 September 12, 2008

22 *s/ Shannon K. Emmons*
   skemmons@phillipsmcfall.com
23

24

25 00339916.DOC

26

27

28

4